JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
ENRIQUE MADRINAN

## DEFENDANTS
FORT PIERCE INLET BEACH RESORT, LLC AND INLET BEACH RESORT, LLC

**(b)** County of Residence of First Listed Plaintiff: BROWARD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: SAINT LUCIE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100, Miami Lakes, FL 33014
T: 305-891-1322 F: 305-891-4512

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 443 Housing/Accommodations

## V. ORIGIN
☒ 1 Original Proceeding

## VI. RELATED/RE-FILED CASE(S)
a) Re-filed Case ☐ YES ☒ NO
b) Related Cases ☐ YES ☒ NO

## VII. CAUSE OF ACTION
Title III of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☐ Yes ☒ No

**DATE:** 5/8/2015
**SIGNATURE OF ATTORNEY OF RECORD:** /s/ Louis I. Mussman

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ IFP _____ JUDGE _____ MAG JUDGE _____