AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ENRIQUE MADRINAN

Plaintiff(s)

v.

Civil Action No. 15cv14162-JEM

FORT PIERCE INLET BEACH RESORT, LLC
AND INLET BEACH RESORT, LLC

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FORT PIERCE INLET BEACH RESORT, LLC
By Serving Registered Agent:
Harrison, Peter W
23285 ORANGE AVENUE
FORT PIERCE, FL 34945

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100, Miami Lakes, FL 33014
T: 305-891-1322 F: 305-891-4512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 8, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ENRIQUE MADRINAN

Plaintiff(s)

v.

Civil Action No. 15cv14162-JEM

FORT PIERCE INLET BEACH RESORT, LLC
AND INLET BEACH RESORT, LLC

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
INLET BEACH RESORT, LLC
By Serving Registered Agent:
Harrison, Peter W
23285 ORANGE AVENUE
FORT PIERCE, FL 34945

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100, Miami Lakes, FL 33014
T: 305-891-1322 F: 305-891-4512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 8, 2015

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts